AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __DC Dept. of Public Works__
was received by me on *(date)* __11/4/19__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Gale Rivers__, who is designated by law to accept service of process on behalf of *(name of organization)* __DC Government__ on *(date)* __11/4/19__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __275__ for travel and $ _____ for services, for a total of $ __$275.00__ ~~0.00~~.

I declare under penalty of perjury that this information is true.

Date: __11/9/19__

_____
Server's signature

__Able, Khadijah — server__
Printed name and title

__4416 Forest View Avenue__
__Baltimore, MD 21206__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __DC Govt__
was received by me on *(date)* __11/4/19__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Gale Rivers__, who is
designated by law to accept service of process on behalf of *(name of organization)* __DC Government__ on *(date)* __11/4/19__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __275__ for travel and $ _____ for services, for a total of $ __$275.xx__ ~~0.00~~.

I declare under penalty of perjury that this information is true.

Date: __11/9/19__

_____
Server's signature

__Able, Khedijah__ —Server
Printed name and title

__4416 Forest View Avenue__
__Baltimore, MD 21206__
Server's address

Additional information regarding attempted service, etc: